IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THOMAS J. SWIECH,

    Plaintiff,

vs.                                                  No. CIV 16-0101 JB/SCY

FRED LOYA INSURANCE COMPANY,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order, filed August 31, 2017 (Doc. 43)("MOO"). In the MOO, the Court concluded that it lacked subject-matter jurisdiction over this case and that it would remand it for further proceedings in the First Judicial District Court, County of Santa Fe, State of New Mexico. The Court, lacking subject-matter jurisdiction, thus remands this case to state court and enters Final Judgment.

**IT IS ORDERED** that: (i) this case is remanded to the First Judicial District Court, County of Santa Fe, State of New Mexico; and (ii) Final Judgment is entered.

 

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Matthew J. Zamora
Richard J. Valle

- 2 -

Carter & Valle Law Firm
Albuquerque, New Mexico

 *Attorneys for the Plaintiff*

Elizabeth G. Hill
Law Office of Elizabeth G. Hill, P.C.
Lubbock, Texas

-- and --

Andrew B. Curtis
Gary Michael Bellair
Craig, Terrill, Hale & Grantham, L.L.P.
Lubbock, Texas

 *Attorneys for the Defendant*